IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$24,010.00 UNITED STATES CURRENCY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-637-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that default judgment of forfeiture is entered in favor of plaintiff United States of America in the amount of $24,010.00.

Approved as to form this 24th day of September, 2008.

_____
BARBARA B. CRABB,
DISTRICT JUDGE

_____
Joel W. Turner, Acting Clerk of Court

9-24-08
Date